The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUATAZ YAHYA ABDULJABBAR AL KHATEEB, an individual; SHAYMAA TAREQ ZAIDAN, an individual; O.A., a child represented by his parents Muataz and Shaymaa; Y.Y., a child represented by his parents Muataz and Shaymaa; MUSTAFA MUATAZ YAHYA, an individual; and YAHYA MUATAZ YAHYA, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UR M. JADDOU, in her official capacity as Director of USCIS; USCIS FRAUD DETECTION AND NATIONAL SECURITY DIRECTORATE; MATTHEW D. EMRICH, in his official capacity as Associate Director of the Fraud Detection and National Security Directorate of USCIS; USCIS SEATTLE DISTRICT OFFICE; ANNE CORSANO, in her official capacity as the District Director for the Seattle Field Office of USCIS; CYNTHIA MUNITA, in her official capacity as the Field Office Director for the Seattle Field Office of USCIS; USCIS ROME FIELD OFFICE or its successor; SARAH SHERGILL, in her official capacity as the Field Office Director for the Rome Field Office of | CASE NO.  2:21-cv-0863-MJP<br><br><br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT<br><br><br>NOTING DATE: OCTOBER 4, 2021 |

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO ANSWER COMPLAINT
2:21-cv-0863-MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

USCIS or her successor; USCIS REFUGEE, ASYLUM, AND INTERNATIONAL OPERATIONS; and JENNIFER B. HIGGINS, in her official capacity as the Associate Director of the USCIS RAIO,

Defendants.[1]

The parties, pursuant to LCR 10(g), hereby stipulate and move for a 30-day extension of the deadline for Defendant to answer the Complaint until November 3, 2021.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit there is good cause for an extension of the deadline to answer. The parties are discussing potential resolution of this matter that may avoid the need for further judicial intervention. The parties respectfully seek an extension of 30 days to determine if resolution is possible before Defendant responds to the Complaint.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated:  October 4, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

/s/  James C. Strong
JAMES C. STRONG, OR # 131597
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  james.strong@usdoj.gov

---

[1] On August 3, 2021, Ur M. Jaddou became Director of USCIS. She should be automatically substituted for Defendant Tracy Renaud. Fed. R. Civ. P. 25(d).

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO ANSWER COMPLAINT
2:21-cv-0863-MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated: October 4, 2021

/s/ Jay Gairson
JAY GAIRSON, WSBA # 43365
Garrison Law, LLC
4606 Martin Luther King, Jr. Way S.
Seattle, Washington 98108
Phone: 206-357-4218
E-mail: jay@gairson.com

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO ANSWER COMPLAINT
2:21-cv-0863-MJP - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED.**

Dated this 4th day of October, 2021.

*Marsha J. Pechman* (signature)

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO ANSWER COMPLAINT
2:21-cv-0863-MJP - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970