The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUATAZ YAHYA ABDULJABBAR AL KHATEEB, an individual; SHAYMAA TAREQ ZAIDAN, an individual; O.A., a child represented by his parents Muataz and Shaymaa; Y.Y., a child represented by his parents Muataz and Shaymaa; MUSTAFA MUATAZ YAHYA, an individual; and YAHYA MUATAZ YAHYA, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et. al.*<br><br>Defendants. | CASE NO.  2:21-cv-0863-MJP<br><br>SECOND STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT<br><br>NOTING DATE: NOVEMBER 3, 2021 |

The parties, pursuant to LCR 10(g), hereby stipulate and move for a 30-day extension of the deadline for Defendant to answer the Complaint until December 3, 2021.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. See King v. State of California, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit there is good cause for an extension of the deadline to answer. The parties continue to discuss the potential resolution of this matter that may avoid the need for further

SECOND STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
2:21-cv-0863-MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

judicial intervention. The parties respectfully seek an extension of 30 days to determine if resolution is possible before Defendant responds to the Complaint.

    IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated: November 3, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

/s/ James C. Strong
JAMES C. STRONG, OR # 131597
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: james.strong@usdoj.gov

Dated: November 3, 2021

/s/ Jay Gairson
JAY GAIRSON, WSBA # 43365
Garrison Law, LLC
4606 Martin Luther King, Jr. Way S.
Seattle, Washington 98108
Phone: 206-357-4218
E-mail: jay@gairson.com

SECOND STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
2:21-cv-0863-MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

SECOND STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
2:21-cv-0863-MJP - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970